UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

DEC 7 - 2000

U.S. DISTRICT COURT
MARTINSBURG, WV 25401

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff. | |
| | Criminal No.  3:00cr64 |
| v. | Violations:  18 USC 924(c) |
| ROBERT LEO BREEDEN<br>a/k/a "JOEY,"<br>MICHAEL PAUL PUZEY<br>a/k/a "BIG PETE"<br>Defendants. | |

COUNT 1.

In or about December of 1999, in the Northern District of West Virginia, defendants ROBERT LEO BREEDEN a/k/a "JOEY," and MICHAEL PAUL PUZEY a/k/a "BIG PETE," aided and abetted by each other, knowingly used and carried, three (3) firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to-wit: in or about December of 1999, in Kearneysville, Jefferson County, West Virginia, defendants ROBERT LEO BREEDEN a/k/a "JOEY," and MICHAEL PAUL PUZEY a/k/a "BIG PETE," aided and abetted by each other, did distribute less than five (5) grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for said three (3) stolen firearms and possessed the firearms in furtherance of said drug trafficking crime; in

violation of Title 18, United States Code, Section 924(c)(1) and Title 18, United States Code, Section 2.

A true bill,

_____
Fore

_____
MELVIN W. KAHLE, JR.
United States Attorney